UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GLORIA BROADWAY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 04-1902** |
| **DEP'T HOMELAND SECURITY** | **SECTION: "K"(2)** |

### ORDER

Before the Court is the Motion to Dismiss Appeal (Rec.Doc.No. 55) of Plaintiff Gloria Broadway. The Court does not have jurisdiction over the appeal, and has no authority to grant the relief requested by Plaintiff. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion is **DENIED**.

New Orleans, Louisiana, on this  2nd  day of November, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE